JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO GONZALEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN REFINING RETAIL, LLC; SPEEDWAY LLC; and DOES 1 to 20, <br><br> Defendants. | CASE NO. 5:23-cv-01995-SP <br><br> Assigned to: Judge Sheri Pym <br><br> ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

ORDER:

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice pursuant to Red. R. Civ. P. 41(a)(2), (the "Stipulation") filed by Plaintiff MAURICIO GONZALEZ ("Plaintiff") and Defendants WESTERN REFINING RETAIL, LLC; SPEEDWAY LLC ("Defendants") (collectively "the Parties).

The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED. Each party shall bear their or its own costs.

IT IS SO ORDERED.

Dated: May 1, 2024

By: _____
The Hon. Sheri Pym, Magistrate Judge
Central District of California